**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00491-CV

---

### APRIL BROWN, DAVID RAFFERTY, STEVE GANN, KATHY HILTON, IRENE GARCIA AND STEVE STUCKEY, Appellants

### V.

### WILLIAM HENSLEE, TOM JENKINS, TROY JONES, DAVID MARKS, BARNARD PEARL, THOMAS WALSH, STAN WILLIAMS, JACK EREIRA AND ANDREW ROSENBERG'S, Appellees

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-56653**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 22, 2014. On July 23, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.